UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
INSEL, STACEY ROBIN

Case No.: 17-13950-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 9, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 109 WILLIAM FEATHER DRIVE, VOORHEES NJ 08043-2937<br>(FMV $233,000.00) |
|---|---|

| Liens on property: | $275,556.00 - Quicken Loans |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:  
Stacey Robin Insel  
    Debtor

Case No. 17-13950-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 11, 2017  
                 Form ID: pdf905    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.

```
db           Stacey Robin Insel,    109 William Feather Drive,    Voorhees, NJ   08043-2937
516674629    American Express,    PO Box 981535,    El Paso, TX 79998-1535
516674630   +Bank of America, N.A.,    PO Box 982284,    El Paso, TX 79998-2284
516674631    Boscov Dept,    Comenity Capital Bank,    Bank Dept,    PO Box 183043,    Columbus, OH 43218-3043
516674634    Chase Bank,    PO Box 15145,    Wilmington, DE 19850-5145
516674633   +Chase Bank,    PO Box 740933,    Dallas, TX 75374-0933
516674635   +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
516674637    Kohl's Customer Support,    PO Box 3120,    Milwaukee, WI 53201-3120
516674638   +Lane Bryant Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
516674641    Target TD Bank,    PO Box 9547,    Portland, ME 04112-9547
516674643    Volvo Car Financial Services,    PO Box 91300,    Mobile, AL 36691-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516674632    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:23     Care Credit Synchrony Bank,
              Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
516674636    E-mail/Text: mrdiscen@discover.com Apr 11 2017 22:47:38     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
516674639    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:23     Old Navy,    Synchrony Bank,
              Attn Bankruptcy Deptarment,    PO Box 965060,    Orlando, FL 32896-5060
516674640   +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2017 22:48:49     Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
516678029   +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:40     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516674642    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:40     TJX Rewards,
              GE Capital Retail Bank,    Attn Bankruptcy Department,    PO Box 965060,
              Orlando, FL 32896-5060
516674644    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:23     Walmart Synchrony Bank,
              Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:

        Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com  
        Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Francis   Landgrebe    on behalf of Debtor Stacey Robin Insel flandgrebe@verizon.net  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 4